IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-06-399 |
| | § § § § | |
| COREY TOBIAS SMITH | § | |

**O R D E R**

Defendant filed an unopposed motion for continuance, (Docket Entry No. 46). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The pretrial conference is reset to **August 9, 2007, at 8:45 a.m.** The jury trial and selection are reset to **August 13, 2007, at 9:00 a.m.**

SIGNED on June 12, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge