8                  **IN THE UNITED STATES DISTRICT COURT**
                       **FOR THE SOUTHERN DISTRICT OF TEXAS**
                                **HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | §    CRIMINAL  NO. H-06-399 |
| | § |
| COREY TOBIAS SMITH | § |

**O R D E R**

      Defendant filed an unopposed motion for continuance, (Docket Entry No. 48). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The pretrial conference is reset to **September 20, 2007, at 8:45 a.m.** The jury trial and selection are reset to **September 24, 2007, at 9:00 a.m.**

      SIGNED on August 2, 2007, at Houston, Texas.

                                               _____
                                                   Lee H. Rosenthal
                                          United States District Judge